Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY    EC    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:25-mj-01068 |
| JOSEPH NEAL SANBERG<br>USMS# _____    DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at ____ ☐ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 3/3/25 at 06:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 1349

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1979

8. Defendant has retained counsel:  ☐ No  ☒ Yes  Name: Brian R. Michael    Phone Number: 646-528-8520

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: SA Tristan Lozano    (please print)

12. Office Phone Number: 202-714-7487    13. Agency: FBI

14. Signature: /s/ Tristan Lozano    15. Date: 3/3/25

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION